HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARROWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　Defendants. | NO. 2:24-cv-00838-MJP<br><br>STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER<br><br>NOTE ON MOTION CALENDAR:<br>August 26, 2024 |

The parties stipulate to an extension of time for defendants who have been served with process to answer the plaintiff's complaint. The parties agree to extend the deadline to October 4, 2024.

///

///

///

///

///

STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER – 1
061590.000004 Arrowood C24-838 Order on Stipulated Mot Extend
NO.: 2:24-cv-00838-MJP

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 26th day of August, 2024.

REED McCLURE

By: */s/ Michael S. Rogers*
Michael S. Rogers, WSBA #16423
Attorney for Defendants COUNTRY Mutual Insurance Company and COUNTRY Casualty Insurance Company
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
mrogers@rmlaw.com

By */s/Jessica R. Burns*
Justin D. Sudweeks, WSBA 28755
Daniel Stein, WSBA 48739
Jerry Stein, WSBA 27721
Jessica R. Burns, WSBA 49852
Stein, Sudweeks & Stein PLLC
Attorneys for Plaintiff
16400 Southcenter Pkway, Suite 410
Tukwila WA 98188
206.388.0660 – Phone
206.286.2660 – Fax
jessica@condodefects.com

IT IS SO ORDERED.

DONE this 27th day of August, 2024.

*[signature]*

MARSHA J. PECHMAN

UNITED STATED SENIOR DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER – 2
061590.000004 Arrowood C24-838 Order on Stipulated Mot Extend
NO.: 2:24-cv-00838-MJP



REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152