HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ARROWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:24-cv-00838-MJP<br><br>STIPULATION AND MOTION TO STAY ACTION<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 12, 2024 |

Plaintiff Arrowood Condominium Association brings this action for declaratory judgment, bad faith, and violations of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings comprising the Arrowood Condominiums. Defendants COUNTRY Mutual Insurance Company and/or COUNTRY Casualty Insurance Company (collectively "Country") have not completed evaluation and determination of coverage for plaintiff's property damage claim. However, Plaintiff filed this suit in order to comply with the terms of the insurance policy at issue in this case. Country was served with process on August 5, 2024. The parties jointly acknowledge it is best for Country to complete its coverage evaluation before litigation proceeds.

STIPULATION AND MOTION TO STAY ACTION - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1  The parties therefore stipulate that this action should be stayed through December 11, 2024. Country's new deadline to answer the complaint shall be 14 days after the stay ends. The pending deadlines in the court's Minute Order granting the parties' request for an extension of time to file the joint status report (Dkt. #6) should be extended. The parties stipulate that the deadline to hold the FRCP 26(f) Conference shall be no later than 14 days after the stay ends. The parties also stipulate that Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later than 28 days after the stay ends.

DATED this 12th day of September, 2024.

REED McCLURE

By: /s/ *Michael S. Rogers*
Michael S. Rogers, WSBA #16423
Attorney for Defendants COUNTRY Mutual Insurance Company and COUNTRY Casualty Insurance Company
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
(206) 292-4900
mrogers@rmlaw.com

STEIN, SUDWEEKS & STEIN, PLLC

By: /s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721
/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
/s/ *Daniel J. Stein*
Daniel J. Stein, WSBA #48739
/s/ *Jessica R. Burns*
Jessica R. Burns, WSBA #49852
Attorneys for Plaintiff Arrowood Condominium Association
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
(206) 388-0660
jstein@condodefects.com
justin@condodefects.com

dstein@condodefects.com
jessica@condodefects.com
***Attorneys for Plaintiff***

STIPULATION AND MOTION TO STAY ACTION - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**ORDER**

This action is stayed through December 11, 2024. Country's new deadline to answer the complaint shall be 14 days after the stay ends. The deadline to hold the FRCP 26(f) Conference shall be no later than 14 days after the stay ends. Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later than 28 days after the stay ends.

DONE this 13th day of September, 2024.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE