UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARROWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:24-cv-00838-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>July 14, 2025 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

///

STIPULATED MOTION AND ORDER FOR DISMISSAL – 1
061590.000004
NO.: 2:24-cv-00838-RSM

DATED this 14th day of July, 2025.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendants
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/Justin Sudweeks*
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Stein, Sudweeks & Stein PLLC
Attorneys for Plaintiff
16400 Southcenter Pkway, Suite 410
Tukwila WA  98188
206.388.0660 – Phone
206.286.2660 – Fax
jessica@condodefects.com

IT IS SO ORDERED.

DONE this 15th day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR DISMISSAL – 2
061590.000004
NO.: 2:24-cv-00838-RSM